Opinion.

## Richmond.

AMERICAN RAILWAY EXPRESS COMPANY, A CORPORA-
TION, v. L. M. NEWCOMB.

January 19, 1928.

Absent, Burks, J.

Error to a judgment of the Circuit Court of the city
of Richmond.

*Affirmed.*

*Wyndham R. Meredith,* for the plaintiff in error.

*Christian & Lamb,* for the defendant in error.

CHICHESTER, J., delivered the opinion of the court.

This is a writ of error to the judgment of the Circuit
Court of the city of Richmond in the sum of $413.43
against the American Railway Express Company, a
corporation, and in favor of L. M. Newcomb. Argu-
ment in this case was heard with the case of the *Ameri-
can Railway Express Company* v. *Fleishman, Morris
& Co., Inc., ante,* page 200, 141 S. E. 253, the facts
and legal questions raised here being identical with
those in that case.

For the reasons stated in the opinion this day handed
down in *American Railway Express Co.* v. *Fleishman,
Morris & Co., Inc., ante,* page 200, 141 S. E. 253, the
judgment in the instant case is affirmed.

*Affirmed.*